# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIC LAMONT JOHNSON,** : | |
| Plaintiff : | |
| : | No. 1:21-cv-2109 |
| v. : | |
| : | (Judge Rambo) |
| **UNITED STATES,** *et al.*, : | |
| Defendants : | |

## ORDER

**AND NOW**, on this 3rd day of January 2022, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is **GRANTED**;

2. The complaint (Doc. No. 1) is **DEEMED FILED**;

3. Plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff may not file an amended complaint in this matter; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

S/Sylvia H. Rambo
United States District Judge